UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 24-cr-10222-RGS |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| CLINTON GREYLING, | ) | Count One: Acting as an Unregistered Broker; Aiding & Abetting |
| | ) | (15 U.S.C. §§ 78o(a)(1) and 78ff(a); |
| Defendant. | ) | 18 U.S.C. § 2) |
| | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, Clinton Greyling, the above-named defendant, who is accused of aiding and abetting an unregistered broker, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on August 28, 2024, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Clinton Greyling
Defendant

_____
Miranda Hooker, Esq.
Attorney for Defendant

Before: _____
HON. RICHARD G. STEARNS
United States District Judge